### BENTZ v. OLDHAM.

No. 9966—Opinion Filed Sept. 14, 1920.

(Syllabus by the Court.)

Appeal and Error—Necessity for Authenticated Record—Dismissal.

Where no authenticated case-made is attached to petition in error, so as to authorize this court to examine and pass upon the record of proceedings in the trial court, and no properly certified transcript of record is attached, so as to authorize this court to pass upon the issues of law presented, the appeal will be dismissed.

Error from District Court, Texas County; W. C. Crow, Judge.

Action between E. E. Bentz and N. Y. Oldham. From the judgment, the former brings error. Dismissed.

W. G. Hughes, for plaintiff in error.

John L. Gleason, for defendant in error.

HARRISON, J. In the above entitled cause motion for new trial was overruled on November 24, 1917, and final judgment rendered and 90 days given plaintiff in error in which to make and serve case-made. The 90 days

expired without the completion of service of case-made and without any extension of time in which to make and serve same, and without any application on the part of plaintiff in error for an extension of time.

There is, therefore, no duly authenticated case-made by virtue of which the jurisdiction of this court would attach to the subject-matter, and as there is no duly certified transcript of record by which this court would be authorized to pass upon the issues of law raised, the case is dismissed for want of jurisdiction.

All the Justices concur.